

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*     *main: (973) 645-2700*
*Newark, New Jersey 07102*        *direct:(973) 297-2038*
*frances.bajada@usdoj.gov*

May 18, 2026

**<u>Via ECF</u>**
Honorable Jamel K. Semper, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

> Re: ***Gomes Pereira v. Thompson, et al.*, Civil No. 26-2543 (JKS)**
> **Extension Request by Consent**

Dear Judge Semper:

This Office represents Defendants in the above immigration action. We write to respectfully request an extension of Defendants' deadline to respond to the complaint from May 18, 2026 to August 18, 2026. Alexandra Minogue, Esq., counsel for Plaintiff, consents to the August 18, 2026 extension.

We seek the extension in order to provide U.S. Citizenship and Immigration Services additional time to adjudicate the underlying immigration application and resolve the action without further litigation. If this proposal is acceptable, we request that the Court "so order" this letter and have the Clerk's Office file it on the docket.

We thank the Court for its consideration of this request.

Respectfully submitted,

SO ORDERED

ROBERT FRAZER
UNITED STATES ATTORNEY

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**

By:   *s/Frances Bajada*
      FRANCES BAJADA
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:   Counsel of record (via ECF)