**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANA LUIZA GOMES PEREIRA, | **Civil Action No.: 2:26-cv-2543** |
| *Plaintiff*, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| JOHN THOMPSON, et al. | |
| *Defendants.* | |

Plaintiff, ANA LUIZA GOMES PEREIRA, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 08/05/26**

Respectfully Submitted,

*Alexandra Minogue*

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

**SO ORDERED**
*/s/ Judge Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**

1